564

476 A.2d 69

Commonwealth v. Bennett, Appellant.

Submitted October 7, 1983. Alan Ellis, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, MONTGOMERY and CERCONE, JJ.

Order of the lower court is affirmed.

476 A.2d 69

Commonwealth v. Brown, Appellant.

Submitted January 20, 1984. Douglas M. Johnson, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and HESTER, JJ.

Order affirmed.